S. FRANK FOLSOM, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Respondents.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

AGNES S. GILMARTIN et al., as Executors of THOMAS D. GILMARTIN, Deceased, Respondents-Appellants, v. OSBORNE TRUST COMPANY, Appellant-Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.   [180 Misc. 563.]

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property between CORNELL BASIN and THURSTON BASIN, JAMAICA BAY (IDLEWILD AIRPORT).   IDLEWILD BEACH CO., INC., Appellant.—

No opinion.

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

In the Matter of the Probate of the Will of ESTELLE G. COZZENS, Deceased. ANN C. D. BENSON et al., Appellants; MADGE B. POGGENBURG, Respondent.—

Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.